ALFRED A. WHITMAN, Appellant, *v.* CHARLES L. MUNNICH et al., Respondents.

*Whitman* v. *Munnich*, 175 App. Div. 946, affirmed.

(Submitted January 31, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 15, 1916, affirming a judgment in favor of defendants entered upon a verdict in an action upon a promissory note. Two questions were submitted to the jury: Whether or not in the inception of the note the defendants acted and relied upon false representations, fraud and deceit and false promises; and if so, whether or not plaintiff's assignors took the note in good faith without knowledge and notice of the fraud.

*Maxwell C. Katz* and *Otto C. Sommerich* for appellant.

*Thomas Watts, Elbert N. Oaks* and *John Bright* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.